IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MADELINE ROSARIO, et al. | : | NO. 16-148 |

ORDER

AND NOW, this 17th day of August, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of defendant Madeline Rosario to suppress the fruits of the April 16, 2016 search of 582 Anchor Street (Doc. # 26) is DENIED; and

(2) the motion of defendant Maribel Nunez to suppress the fruits of the April 16, 2016 search of 582 Anchor Street (Doc. # 31) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                      J.